## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

_Nash NewBill Tutun_

FILED
U.S. DIST. COURT

2022 APR 25  A 11: 43

CLERK_____
SO. DIST. OF GA.

(Enter above full name of plaintiff or plaintiffs)

**CV422  111**

v.

_SHALENA COOK JONES.. OFFICAL CAPACATIES_
_ANTHONY BURTON. INDIVIDUAL CAPACATIES_
_THE STATE OF GEORGIA, PROFESSIONAL CAPACATIES_
_DISTRICT ATTORNEY'S OFFICE  PRIVATE CAPACATIES_
_Public CAPACATIES_
_WORK CAPACATIES_

(Enter above full name of defendant or defendants)

I.   **Previous lawsuits**

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?     Yes __✓__  No ____

If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiffs:   _Nash N. Tutun_

Defendants:   _Public Defenders Office. District Attorneys Office. Chatham County Sheriffs Offices. Savannah Police Department._

2.   Court (if federal court, name the district; if state court, name the county):

_United States District Court Southern District of Georgia. Chatham County. State Of Georgia_

3.   Docket number:   _4:21-CV-250 - 4:21-CV-338_

4.   Name of judge assigned to case:   _Superior. Lowis Abbit_
_Superior District CHeriotur RAY_

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):

_STATE PENDING → APRIL 18 2022 STATE HABEAS CORPUS._
_SUPERIOR JUDGE BENJERMAINE KAPH_

6.   Approximate date of filing lawsuit:   _3-5-22  8-5-21_
                                           _9-7-22    4-18-21_
7.   Approximate date of disposition:   _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of
     fees)?                                          Yes _✓_   No ____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
     federal court which deal with facts other than those involved in this action?
                                                     Yes _✓_   No ____

     If your answer to B is yes, describe each lawsuit in the space below. (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

1.   Parties to previous lawsuit:

     Plaintiffs:   _NASH N. TILTON_

     Defendants:   _STATE OF GEORGIA Public Defenders_
                   _OFFICE, SAVANNAH Police CITY OF SAV._
                   _Chatham County Sheriff Office_

2.   Court (name the district):
     _Chatham County STATE of Georgia_
     _Southern District U.S.A. Federal_

3.   Docket number:  _421-CV-250 · 421-CV-258-_

4.   Name of judge assigned to case:  _MAGISTRATE JUDGE_
     _Christopher Ray SUPERIOR BENJERMAINE_
     _KAPH_

5.   Disposition
     (for example, was the case dismissed? appealed? is it still pending?):
     _Violation ARTicle 2 Section 9. U.S.C._
     _3-17-22._

6.   Approximate date of filing lawsuit:

2

7. Approximate date of disposition: _3-18-22_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____  No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes _✓_  No _____

1. If your answer to C is yes, name the court and docket number for each case:

_SPCV-22-00288-KA_

_____   _____

_____   _____

_____   _____

II. Place of present confinement: _Chatham County Detention Center_

A. Is there a prisoner grievance procedure in this institution?  Yes _✓_  No _____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes _✓_  No _____

C. If your answer to B is yes:

1. What steps did you take? _HABAES CORPUS, Police Reports, Medical Records Showing The Time And date of my injury Plus unprovoked loss Arrest, With NO Probable Cause. Also The ASSIGHment To Counsel, Forms where In This Office DisTance TransFered with NU Results_

2. What was the result? _Neglegence Intentional which Has Voilated my Constitutional Rights. With NO Result In Regards To my Custody. I've Exhausted my State Remedies And The Lower Superior Courts Are Negligent. my Complaiens Intentional !!!_

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ___ No ___

If yes, what was the result? _I V Been follow and send out mail in the designated rates for the past X month, and to No Result is a on the injured party I was injured 4-30-2020 from excessive force STT_

D. If you did not utilize the prison grievance procedure, explain why not: _YES I have the HABEAS CORPUS PDR untill col to january_

---

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Nash Stratton_
   Address: _1070 Coral Creffin Dr._
   _Sav. G.A. 31405_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Shatana Cook James Anthony Brown._
   Position: _Dice H District Attorney_
   Place of employment: _District Attorney's Office._
   Current address: _133 montgomery St. muSan Savannah G.A. 31415-10327 TO Box 31401_

C. Additional defendants: _Public Defenders office. City of Savannah, Savannah Police Deparmient Chathan County sheriff offices, Baston Book D. Shatana L. James Anthony Brown D.A., St. Courthouse office staff DA. co. Taylor office Bettimo justice office. minster CPT Searrz._

4

IV.   **Statement of Claim**

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 3-3-2021 I was indicted without
Probable cause in the Charges of Aggravated
Assault, and 2nd Burglary. By Instructions and
R/ And Attorney Bureau with the Help of Publ
ic Defender KAT. I No Back. Civil Case No. 431 CV
233- Head Instrict Attorney Shalena C. Jones
Approved this true Bill of indictments By
Signing her signature at the Bottom
of the indictment. She is in control of the
operations and functionings of that office
as she is held Accountable for those
fraudulent practices in which she was voted
in office to be Against. Instead this has
Been done with No Regards in which
the Damage this Review has destroyed
the value of my Name and Character.

5

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal
arguments.  Cite no cases or statutes.

$150,000 Malice Prosecution
$150,000 Defamation of Character
$150,000 Legal Matpractice
$150,000 First Amendment Rights
$180,000 Eighth Amendment Rights.
$150,000 Fourth Amendment Rights.
$150,000 Negligence Actions.
$150,000 Intentional Actions.
$150,000 Constitional
                    $1,350,000

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of _April_, 19 _2022_.

Prisoner No. _202009096_                    _____
                                            (Signature of Plaintiff)

6







Chatham County Sheriff's Complex
This letter is being mailed by an inmate
housed in ... facility. The
administration has not reviewed the contents.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019



# UNITED STATES POSTAL SERVICE®

# WE CARE

Dear Postal Customer,

We sincerely regret the damage to your mail during handling by the Postal Service. We hope this incident did not inconvenience you. We realize that your mail is important to you and that you have every right to expect it to be delivered in good condition.

Although every effort is made to prevent damage to the mail, occasionally this will occur because of the great volume handled and the rapid processing methods which must be employed to assure the most expeditious distribution possible.

We hope you understand. We assure you that we are constantly striving to improve our processing methods in order that even a rare occurrence may be eliminated.

Please accept our apologies.

Sincerely,

Your Postmaster