IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| NASH N. TUTEN,<br><br>    Plaintiff,<br><br>v.<br><br>SHALENA COOK JONES; ANTHONEY BURTOW; THE STATE OF GEORGIA; DISTRICT ATTORNEYS OFFICE, In their Official Capacities, Individual Capacities, Professional Capacities, Private Capacities, Public Capacities, and Work Capacities; PUBLIC DEFENDER'S OFFICE; CITY OF SAVANNAH; SAVANNAH POLICE DEPARTMENT; CHATHAM COUNTY SHERIFF OFFICERS; KAITLYN BECK; DETECTIVE J. GAUSE; OFFICER SKAFF; OFFICER TAYLOR; OFFICER BELFRUNE; OFFICER GEISLER; and CPT SEANZ;<br><br>    Defendants. | CASE NO. CV422-111 |

# O R D E R

Before the Court is the Magistrate Judge's July 7, 2022, Report and Recommendation (Doc. 4), to which Plaintiff has not filed objections. After a careful review of the record,[1] the Report

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort

and Recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of July 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

2