AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NASH NEUBILL TUTEN,

   Plaintiff,

**v.**

SHALENA COOK JONES et al.,

   Defendant's,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV422-111

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated July 28, 2022, the Report and Recommendation of the Magistrate Judge is adopted as its opinion. Accordingly, this case is dismissed without prejudice and stands closed.

July 28, 2022  
*Date*

John E. Triplett, Clerk of Court  
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020